# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID MAURICE WILLIAMS,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| **v.** ) | Case No. 1:16-cv-01588-JEB |
| ) | |
| **REALPAGE, INC., et al.,** ) | |
| ) | |
| *Defendant*. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, David Maurice Williams, by counsel, hereby notifies the Court that Plaintiff has settled his claims in this case as to all defendants. A dismissal order will be tendered to the Court for entry after the parties execute the necessary paperwork.

Based on the settlement, the parties respectfully request the Court to cancel the Initial Scheduling Conference set for November 3, 2016 at 9:30 a.m.

Respectfully submitted,
**DAVID MAURICE WILLIAMS**

   /s/ Kristi C. Kelly
Kristi Cahoon Kelly, (DC Bar No. 974872)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone:  703-424-7570
Facsimile:   703-591-0167
E-mail:  kkelly@kellyandcrandall.com


   /s/ Erin A. Novak
FRANCIS & MAILMAN
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA  19110
Telephone:  267-238-9748

2

        Facsimile:  215-940-8000
        Email: enovak@consumerlawfirm.com

*Counsel for Plaintiff*
*David Maurice Williams*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st of November 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

        _____/s/ Kristi C. Kelly_____
        Kristi Cahoon Kelly, (DC Bar No. 974872)
        KELLY & CRANDALL, PLC
        4084 University Drive, Suite 202A
        Fairfax, Virginia 22030
        Telephone:  703-424-7570
        Facsimile:   703=591-0167
        E-mail:  kkelly@kellyandcrandall.com