**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID MAURICE WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PAGE, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:16-cv-01588(JEB) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff, David Maurice Williams and Defendants, RealPage, Inc. and Genuine Data Services, LLC (collectively "Defendants"), through their counsel, that any and all claims of the Plaintiff against the Defendants are hereby dismissed with prejudice with each party bearing its own costs.

Respectfully submitted,

| | |
|---|---|
| ____/s/  *Kristi C. Kelly*_____<br>Kristi C. Kelly, Esq. (DC Bar No. 974872)<br>KELLY & CRANDALL, PLC<br>4084 University Drive, Suite 202A<br>Fairfax, VA 22030<br>Telephone: 703-424-7572<br>Fax: 703-591-0167<br>Email: kkelly@kellyandcrandall.com<br>*Counsel for Plaintiff* | _____/s/ *Mary Zinsner*_____<br>Mary Catherine Zinsner (DC Bar No. 430091)<br>TROUTMAN SANDERS LLP<br>1850 Towers Crescent Plaza, Suite 500<br>Tysons Corner, VA 22182<br>(703) 734-4363<br>Fax: (703) 734-4340<br>Email: mary.zinsner@troutmansanders.com<br>*Counsel for the Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

   /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*